UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **5:25-cv-03207-MCS** | Date | February 10, 2026 |
|---|---|---|---|
| Title | *In re Attia* | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL OF BANKRUPTCY APPEAL FOR LACK OF PROSECUTION**

Within fourteen days after filing the notice of appeal, Appellant Mohammed A. Attia was required to file the following with the Clerk of the Bankruptcy Court:

- A designation of record
- A statement of issues on appeal
- A notice regarding the ordering of transcripts

Fed. R. Bankr. P. 8009. After the designated record is complete, the Clerk of the Bankruptcy Court will transmit to the Clerk of the District Court either the record for this appeal or notice that the record is available electronically. The Clerk of the District Court will then issue a Notice Re: Bankruptcy Record Complete, which will constitute notice, pursuant to Federal Rule of Bankruptcy Procedure 8010(b)(3), that the record has been received by the District Court.

The file in this case lacks the papers that would show it is being timely prosecuted. Accordingly, the Court orders Appellant to show cause in writing within seven days why this action should not be dismissed for lack of prosecution.

CIVIL MINUTES – GENERAL    Initials of Deputy Clerk SMO

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. Failure to timely and satisfactorily respond to this Order will result in the dismissal of this action without further warning.

**IT IS SO ORDERED.**