UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-03207-MCS USBC Central District of CA-Riverside Division, 6:24-14146-SY | Date | February 19, 2026 |
| Title | *In Re Mohammed A. Attia* | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER OF DISMISSAL FOR LACK OF PROSECUTION (JS-6)**

On February 10, 2026, the Court issued an Order to Show Cause re Dismissal of Bankruptcy Appeal for Lack of Prosecution. The Court ordered Appellant to show cause in writing within seven days why this action should not be dismissed for lack of prosecution and Court advised Appellant that "failure to timely and satisfactorily respond to this Order will result in the dismissal of this action without further warning." Appellant has failed to comply. Accordingly, the Court hereby DISMISSES the instant case for lack of prosecution, without prejudice.

IT IS SO ORDERED.

Cc: Bankruptcy Court